United State Federal Court of
The Middle District of Florida

Bernard Pew
    movant

VS.

The Circuit Court of Seminole Co, Through its
Court Officials Judges, Jessica J. Recksiedler and
Judge, Melanie Chase

Seminole Co Case # 2004-CF-000954-A
Orange Co, Case # 2004-CF-011098-A

— Clerks Copy —

Request To File Civil Proceeding As
To These Causes!

    Comes now th movant, Bernard Pew, pro'se, request that these forms
be filed with this Court, Due to the movints intentions to seek Civil Remedy in
regards to the issues addressed in these filings! Movant attempted to file issues
or Complaints through the Circuit County Osceola Co, Whom refused to file See Attachment
Exhibit-A,
    Its 2 seprate issues, One with the Circuit Court for Seminole Co. for
its court Case # 2004-CF-000954-A, and the other is With the Circuit Court for
Orange Co, its court case # 2004-CF-011098-A!
                    — 1 —

So enclosed is 2 seperate filings, the movant wishes to persue Civil Litigation in regards to these matters, and was not aware that these filings could only be filed through the court where these numbers reveal they orginated.

The movant explained on these filings, that in October of 2013, The 5DCA barred the movant from any future Pro'se filings with these courts these case-numbers orginated, Unless a Bar Attorney in Good Standing signs off on the movants filings! The movant has tried without any sucess through the Fla. Bar to get an attorney to assist him with these filings! All attorneys thus far have all declined to assist the movant. He can not file with either Seminal, na Orange Counties Court Courts in these matters, Due to the Oct of 2013 order by the 5DCA!. He now seeks to address these matters on the federal level. Due to it becoming apparent, that the lower courts do not wish for the movant to address the matters he feels, because of whom the named named Defendants are! He now request this court assistance by providing the movant with the proper forms to persue a Civil complaint in these matters at the federal level! Enclosed are the complaints filed with the Clerk for Osceola, in regards to Seminole Co. Court Case # 2004-CF-000954-A! AND Circuit Court of Orange C. Court case # 2004-CF-011098-A!! The movant wishes to persue Civil Litigation in both causes before this court!

Certificate of Service

A true and correct copy of these # 2 Civil Complaints were made on this 31 day of December 2020 to the Clerk for the United States Federal Court Division, Hughey St. Orlando Fla. 32801

- 2 -

Respectfully

Bernard Bell # 124413F

404 Simpson Rd

Kissimmee Fla. 34744

Dec 31. 2020

Attachment 1 Exhibit-A

B. Law #1214585

12-31-20

Armando Ramirez
Clerk of Circuit Court, Osceola County
2 Courthouse Square
Kissimmee, FL 34741

Date: December 28, 2020

Reference: Pro Se Filings

Enclosed is the correspondence that was submitted to the Clerk's office for filing.

The Clerk of the Court is unable to file your correspondence, the case numbers on

your flings are not Osceola County case numbers. Please re-submit this

correspondence with the proper counties for processing.

Thank you for your cooperation,

_____
Deputy Clerk

In The Circuit Court of The Ninth Judicial Circuit
In And For Osceola County, Florida

Bernard Pew
   movant

VS.

The Circuit Court of Semin...
its Circuit Court Judges, Jessic...
and Judge Melanie Chase...
   Defendants

Seminole County Case #2004-CF-000954-A

Seminole County
Case # _____

Movant Is Now Seeking Civil Remedy to
To Seminole County Circuit Court Case #2004-CF-000954-A

Comes now the movant, Bernard Pew, pro'se, moves for Civil Remedy against the Circuit Court of Seminole Co., through its Circuit Court Judges, Jessice J. Rockordler and Judge Melanie Chase, for these Court Officers failure to prevent and or Cease an injustice that is or was "Obvious" to these Court Officers through past Records of the proceedings in Court Case #2004-CF-000954-A, that the movants time already served "Incarcerated" then did "Supersede", the Statutory Maximum of "5yrs required by Fla. Law for the Criminal Offense of Driving or Riding a Motor Scooter With a Suspended or Revoked License "Habitual" Offender! The movant has placed the Circuit Court of Seminole Co. on Notice, through

-1-

Multiple filing with this court concerning movants positions in that cause was he being required or "Obligated" to Serve so much time rather on Probation or in Jail or Prison on a "Charge"- Driving While License Suspended Habitual, Where its obvious from the time already served "Incarcerated"- "Over Exceed" The Statutory Maximum of 5 years required by the Law for the Offense of Driving While License Suspended Habitual!

The record reflects that in December of 2004, the court "Revoked" the movants license, and the movants time served credits began and ended on March 26. 2010, When the movant was then sentenced- At The Objection of his then court appointed Conflict/Attorney W.A. Randolph McClean - To 5 years of Supervised Probation! Attorney McClean objected simply because at sentencing the movant had completed 5 years and 3 month of time already served incarcerated! And the charged offense Statutory Maximum at that Time was only 5 years!

But unfortunately the court Went along with the State and then sentenced the movant to a term of 5 years of Supervised Probation!

Which now brings this matter to this stage, because the movant has filed "Unsuccessfully", Multiple Pleadings in regards to this cause only to be met with rejections in one form or another!

⟶  X   Let the movant place the court on notice that in October of 2013, the 5th DCA "Barred" the petitioner from any future filings in regards to case "2004-CF-0094-A in either Orange, Seminole or through the 5th DCA!

So that ruling is the cause the movant is almost certain the court will not address or challenge how he was being "Forced" to

-2-

remain on Probation, the movant is not able to file these Motions in regards to the unfair treatment the court is inflecting upon the movant, by that courts failure to follow or acknowledge Fla. Law that prevents what the court is "Forcing" upon the movant!

So basically the Circuit Court of Seminole Co, through its Judges, Judge, Recksiedler and Judge, Chase, have no Respect or Regards for the movants rights as a US citizen and as well as a human being, by these Judges by ignoring all pleadings filed by the movant in regards to this matter by the movants continued status as being on Probation!

These Judges are very aware of th circumstances surrounding this matter, due to in 2019, the movant filed "Numerous" Petitions, Motions or pleadings addressing the issue of th "Time Served" Credits Over Exceed Statutory Maximum", all were "Struck" down by the Court for the reason that the 5 DCA in 2013 forbid the petitioner from filing any pro se filings in regards to this cause"!

The fact remains that as Circuit Court Judges, both Judge, Recksiedler as well as Judge, Chase are bound by their appointments as Circuit Court Judges to address an- issue "if its apparent" a defendants "Constitutional Rights" are in question! Neither of these Judges gave a Care concerning the movant being "Exposed" to a sentence that is over the time limit described by Fla. Law for a Charged offense!

Its "Unethical" What these Judges allowed and are allowing to occur to the movant! And the movant is claiming that these Judges are prejudice towards the movant as well as are "Discriminatory and Biased" as Well, for they showed no outward compassion by the Correction of this matter to reflect the dismissal or termination of the remainder of said Probation, When it was addressed to the Court as a concern by

~3~

the movant, even if the movant had been forbidden from filing in regards to this matter. So its like the Court took advantage of the fact that the movant was unable to petition the Court in regards to this matter by "Forcing" the petitioner to remain on a probationary sentence after the Court had been placed on notice of the Time already served credits expired the sentence of probation when sentence was passed on March 26, 2010!

This is the "Gist" of what the movants civil complaint is directed towards! Both Judges named are being accused of being "Unethical," "Discriminatory" as well as "Biased" towards the movant, because these Judges failed to do what was "Proper" and "Just" as well as "Fair" to the movant by the termination of the movants probationary portion of his sentence, when the movant made it apparent to the Court that his time already served credits "Over Exceed" the Statutory Maximum in this Cause! The petitioner now wishes to move forward with a Civil Complaint in regards to both Judge, Recksiedler, and Judge, Chase for their failure to address and Correct this matter when it was brought to their attention!

There will be Continuations and Supplemental Exhibits to follow this filing, this filing is meant to open a New Case so that the movant could then proceed with his claim against the named defendants in this filing!

Certificate of Service

A copy of this Complaint was mailed by U.S. mail on this 14 day of December 2020, to the Clerk of the Court for Osceola Co, Civil Court Div—

Respectfully
Bernard Rea #124585

404 Simpson RD
Kissimmee, Fla, 34744
Dec 14, 2020

- 4 -

In The Circuit Court Of The Ninth Judicial Circuit

In And For Osceola County, Florida

Bernard Peer
    Movant

Vs.

The Circuit Court of Orange Co,
Court Officers of Said Court, Judge
Public Defender/Circuit Court Judge, C
The Orange Co. State Attorneys O
    Defendants

Orange County Court Case # 48-2004-CF-011098-A

Return to Defendants
Orange County Case #
File in Orange Co.

Movants Supplemental Exhibit In Reference To The Movants
Current Filing For Civil Remedy As To Circuit Court Of Orange Counties.
Criminal Case # 48-2004-CF-011098-A

On November 30th 2005, Officers of the Circuit Court of Orange Co. Did Violate the
"Constitutional Rights" as well as the movants Rights under the Rules of Criminal Procedure
For the State of Florida, When these Court Officials "Committed" the movant To an
Unspecified term Within the Department of Children and Families as being "Illegally"
found Not Guilty By Reason of Insanity. Said pending was determined by that

-1-

Court doing an _extensive_ investigation concerning was it on "the face of the record" if the court had indeed found the movant "Competent To Proceed" prior to it finding on November 30, 2005, that the movant was Not Guilty By Reason of Insanity!

There was no record that could be produced during this investigation by the Court, that could _Verify_ that the movant was found "Competent To Proceed" prior to the November 30, 2005 finding by the court that the movant was N G I !

* So the court then "_Rescinded_" its order finding the movant NGI !

The court had an "_Obligation_" to the defendant under the U.S Constitution and under the Florida Rules of Criminal Procedure, to prosecute the movant in a manner that was both "_Fair_" as well as "_Just_" according to the U.S Constitution, which "_Guarantees_" Fair treatment for all defendants facing a criminal prosecution in the United States of America!

SO the Circuit Court of Orange Co, through its then Court officials denied the movant that "_Right_", When said court _Unjustly_ on November 30, 2005 found the movant "_Illegally_" Not Guilty By Reason of Insanity and committed the movant to an "_Unspecified_" Term within a "_State Hospital_" ran or under operation by the Florida Department of Children and Families!

Only after Public Defender Lydia Tabor in late 2017 or early 2018, did look into the movants records of the NGI Proceeding that took

-2-

Place on November 30, 2005, that Ms. Laban then made the discovery that the Court never found the movant "Competent To Proceed" prior to its "NGI commitment order". Ms. Laban then notified the court of her "Non-Finding" that her Client was ever found To be "Competent" prior to accepting into the "Plea Agreement" that would find him NGI and have him committed To a State Hospital Facility for an Unspecified term!

So the NGI finding was an "Illegal Sentence" imposed by the court officials of the Circuit Court of Orange Co, The Hon. Judge, Thomas W. Turner, and then Public Defender now Circuit Court Judge for Orange Co, Judge, Cynthia McKinnon and the Office of the States Attorneys for Orange Co. are "Responsible" for the "Illegal" and "Unjust" finding on November 30, 2005 by that Court, that unfortunately caused the movant to spend right at +14 years of his life "Incarcerated", because court officials whom were Sworn to uphold the law, failed to do so in this instance, then causing the movant to Lose 14 yrs of his life, because these court officials failed to perform their Sworn Duties properly, thus causing the "illegal" Commitment of the movant!

There is only one Way that court can attempt To Right this injustice it did inflect upon the movant though it's "Failure" To "Prosecute" the movant as described in both the U.S. Constitution and the Fla, Rules of Criminal Procedure, and that Way is by that Court paying in "Monetary Damages" an amount sufficient to the loss of freedom and liberty the movant suffered while illegally incarcerated for the years loss incarcerated while "Illegally Committed" under the commitment order issued by that court on November 30, 2005. It's by that courts own "Admission", that it never found the movant

-3-

Competent To Proceed, Simply because there was no finding on the face of The Record, Nor was there an "Order Finding The Movant Competent To Proceed" ever filed by the Court!

So there is no "Burden of Proof" necessary, because an investigation by That court was done and completed! There was no finding, then resulting in that court "Rescinding" its earlier order finding that the movant was NGI!

This Civil Complaint only has one purpose, and that is to seek "Assistance" after the long period of being illegally committed, then on September 14, 2018, just released back out in Society by the Circuit Court of Orange Co. With "Absolutely" nothing at all!!!!

That court after what it inflicted upon the movant, failed the movant once more When "it just released a "Mentally Ill" person Whom had been committed and incarcerated for 14+¢ back out into Society with No Where to Live, No Money, and Worst of all no direction in which to receive "Medications" for his then and current "Mental Illness"! Falls under "Cruel and Unusual Punishment"! The Circuit Court of Orange Co. is a "Beast" that Will or has "Destroyed" the movant in a manner that is Criminal in its element, because that Court "Destroyed" the movant, then tossed the movant out into Society Like common trash To then blow or be blown away in the Wind!

So there is no Way the Circuit Court of Orange Co, can "Deny" accountability for this "Gross Error" committed by that Court in this instance, it Was or is a "Error" I Can only assume that court must be "Ashamed" to admit, but it Will have

-4-

To be held accountable for its actions!

I am Demand assistance from this court though "Monetary Damages" in an amount Sufficient for the amount of time loss, and for the treatment that Court displayed towards the movant, by that court releasing the movant on September 14, 2018 with out any form of "Assistance" What so ever, Was an "Insult" To the movant, because it showed how much "Disregard" that Court held for the movant, after it had inflicted its own "Injustice" on the movant, that that Court can not "Purge" it self in regards to, Due to the "Face of The Record" of these proceedings back up the movants claim that that Court "Illegally" Committed the movant on November 30, 2005!

Again there will be more Exhibits sent to this Court in regards to this matter! The movant again advises this Court, that he had to file on this matter though this Court, Due to his inability to address this claim in Orange or Seminole Counties, due to the October of 2013 order by the SDC of "Barring" the movant from filing any Pro se matters in regards to these or this case # 48-2004-CF-011098-0! So being he is housed in Osceola Co, he will being his Claim for Civil Remedy though this Court in regards to this matter, He prays this Court north Clerks office has any objections to his filing though this Court in this term!.

Respectfully

Bernard Pew 124585

404 Simpson Rd
Kissimmee, Fla 34744

Dec 16th 2020

Certificate of Service
_____
A Copy of this Exhibit was mailed by U mail on this 16 day of December 2020 to the Clerk of the Court Civil Div of Osceola Co!

−5−

In The Circuit Court of The Ninth Judicial Circuit
In And For Osceola County, Florida

Bernard Pew
    Movant
vs.

The Circuit Court of Orange Co. Through
its Court Officers, Judge, Thomas W. Turner,
and Public Defender / Circuit Court Judge,
Cynthea McKinnon
        Defendants

Orange County Court Case #2004-CF-011098-A

_____

Movants Filing For Civil Litigation to
To Orange County Circuit Court Case #48-2004-CF-011098-O
_____

Comes now th movant, Bernard Pew, pro'se, files his petition for Civil
Litigation in regards to Orange Co. Circuit Court Case #48-2004-CF-011098-O
at this time, because previously when the writer attempted to file in this cause the
writer was an inmate in the Seminole Co. Jail, which then caused the writer to then be
renable to file properly, due to in October of 2013, the writer was "Forbidden" by the 5-DCA from
any future filings as Pro'se in this case or case 48-2004-CF-011098-O! So now that the movant is
housed in the Osceola Co. Jail outside of either of the counties he was Forbidden in filing in

-1-

regards to this matter, the movant now wants to attempt to move forward with a "Civil" Complaint" With this court for the "UnJust" and "Un Fair" treatment that was done to the Writer by the Circuit Court of Orange Co. When said court "Illegally" Found the Writer Not Guilty By Reason of Insanity on November 30, 2005, Without following "Proper Procedure" outlined in the Florida Rules of Criminal Procedure, resulting in the Writer then spending a total of 14 yr. incarcerated, because "Judge Thomas W. Turner and then "Public Defender Cynthia McKinnon failed to on the Record" find the Writer "Competent To Proceed", In order for the Writer to then be permitted To accept into a plea agreement then finding the movant To be Not Guilty By Reason of Insanity!

This Complaint is being filed, due to Courts cant be permitted To make a "Gross Error" such as Rob a man of "14 yr" of his life and not be required to then Compensate that individual With some form of "Monetary Compensation" to assist said individual in attempting to "Re-Structure" his life in some form or fashion! The Courts must be held liable for "Errors" of this Multitude", When a man is or was then basically Robbed" by the court of "14 yr" of his life!

When the movant was released on September 14, 2018, the court did nothing in the Way of setting up any "Kind" of assistance for the movant, to assist the movant in his Re-Entry into the community after being absent for "14 yr"! That is the Sole Purpose of this filing!

-2-

In The Circuit Court of The Ninth Judicial Circuit
In And For Osceola County, Florida

Bernard Pew
    movant

VS.

The Circuit Court of Orange Co, through its
Court Officers, Judge, Thomas W. Turner,
and Public Defender / Circuit Court Judge, Cynthia
McKinnon
        Defendants

_____

        Movants Filing Fa Civil Remedy As To Court
        Case Number 2004-CF-0119

The Court Wronged the movant, and did nothing in any form to show the movant that the Court Realized its Error, and accepted said "Error" by then assisting the movant with his Re Entery into the community".

The Court and its Officers Were Well aware of the Writer "Mental Health History", but the Court Failed the Writer by even setting the Writer up with a "Health Care Provider" for his then and current mental health issues!

That court has shown the movant, that it had or has "No Respect" for the movant in any form! Due to that Court found the movant NGI illegally, then when it was discovered by Public Defender "Lydia Laban" in late "2017 or early "2018, all that Court did was return the movant to that court, Rescinded the NGI order, and then that Court basically left the movant no other "Reasonable Offer" but to plea guilty to the Original Charges on said case for time already served and be released! Then Leading up to Where the Writer finds himself as an inmate in the Oscode Co. Jail!

The Writer is Certain that had mental health treatment been provided, the out come of the movants present situation would have been diffrent, due to the movant would have been on his proper "Medications", and not attempting to "Substitute" Street Drugs and "Alcohol" When his mental health symptoms Would become to much for the movant to bear! The movant blames the Circuit Court of Orange Co. for his present situation,

—3 —

The movant does not feel he has to spend hours relaying the entire story as to why he was arrested and all that stuff".

Because he is not challenging his arrest, He is challenging the Circuit Court of Orange Co. for "Destroying" his life a placing it in such "Disarray" until without some form of assistance from that Court, he feels his life is basically over! He is not "Suicidal" in the least, He is speaking from the point of "View" of a man illegally sentenced, spends "14" yr incarcerated, the "Error" is discovered, and the Courts does absolutely nothing by way of any form of assistance after release to a man it "Unjustly" committed to a State Hospital Facility, that spends over a "Decade" there, because of that Courts "Error", but that Court nor its officers feel any form of "Remorse", So they release that man out into the World Penniless, Homeless and Worst of all "UnMedicated" or any Treatment Center that would have assisted this man in his "Transition" and "Re-Entery" into the Community!

This is the Gist of What this filing will be addressing,
Therefore this information you should be sufficient to then begin the Civil Proceeding the Writ Petition we started in for this cause brought before this Court".

Respectfully
Bernard Gant 14458T
404 Simpson
Ocoee, Fla 34714

Certificate of Service

A copy of this Civil Complaint Was mailed by U.S. mail on this __ day of December 2020 to the Clerk of the Court for Osceola Co. Civil Div.

~ 4 ~